UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cv-00372-MR

| | |
|---|---|
| RASHAUD HUSSEIN AZAR El, )<br>a/k/a Jerimy Love, )<br>      Petitioner, )<br>)<br>vs. )<br>)<br>JAXSON HALE, DENISE JACKSON, )<br>Warden at Central Prison, )<br>)<br>      Respondents. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on the Petition for Writ of Habeas Corpus, filed on August 8, 2022 pursuant to 28 U.S.C. § 2254 by Petitioner Rashaud Hussein Azar El (a/k/a Jerimy Love). [Doc. 1].

Rashaud Hussein Azar El (a/k/a Jerimy Love)("the Petitioner") is a prisoner of the State of North Carolina, presently incarcerated at Central Prison in Raleigh, North Carolina. The Petitioner seeks to be discharged from imprisonment and appears to take issue with a pending criminal matter in Cabarrus County, North Carolina. [Doc. 1].

State prisoner habeas corpus petitions may be brought either in the federal judicial district in which the state court of the conviction is located or in the district of confinement. See 28 U.S.C. § 2241(d). The Petitioner seeks to challenge his imprisonment for a pending criminal matter in Cabarrus

County, which is located in the Middle District of North Carolina. In accordance with 28 U.S.C. § 2241(d) and joint order of the United States District Courts for the Eastern, Middle and Western Districts of North Carolina (Joint Order, In re: Applications for Writs of Habeas Corpus (Oct. 26, 1966)), the Court shall transfer this action to the United States District Court for the Middle District of North Carolina.

This Court has not conducted an initial review of the petition and makes no observation as to its merits or timeliness.

**IT IS, THEREFORE, ORDERED that:**

1. This action is transferred to the Middle District of North Carolina for further proceedings, including ruling on any pending motions.
2. The Clerk is instructed to terminate this action.

**IT IS SO ORDERED.** Signed: November 21, 2022

Martin Reidinger
Chief United States District Judge